UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVON REESE, <br>   Plaintiff, <br> -v- <br> MVB BANK INC., <br>   Defendant. | 25-CV-2026 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

On May 27, 2025, Plaintiff's counsel Meir Rubinov moved to withdraw as an attorney in this case, with a supporting declaration citing a breakdown in communication with Plaintiff. (ECF No. 16-1.) Though a breakdown in attorney-client communication is ordinarily a permissible basis for withdrawal, Local Rule 1.4(b) requires an attorney moving to withdraw to indicate in an affidavit "whether or not the attorney is asserting a retaining or charging lien." Rubinov's declaration does not so indicate. Accordingly, Rubinov is directed to, by **June 5, 2025**, inform the Court in sworn declaration whether a retaining or charging lien is being asserted in this case. Rubinov is further directed to serve on Plaintiff a copy of this Order as well as Rubinov's sworn declaration, and to file affidavits of service of both on ECF, after which Rubinov's motion to withdraw will be GRANTED.

Upon Rubinov's withdrawal, Plaintiff will be left without counsel in this case. Plaintiff is thus directed to submit, by **June 26, 2025**, a letter indicating (1) whether he intends to proceed with the prosecution of this case; (2) if so, whether he has retained new counsel or will proceed *pro se* (that is, without legal representation); and (3) his current mailing and email addresses. If Plaintiff fails to submit a letter by that time, this action will be dismissed for failure to prosecute.

If Plaintiff elects to proceed *pro se*, all communications with the Court must be submitted to the Court's *Pro Se* Intake Unit, as described below.

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken.  For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases.  *Pro se* parties should submit all papers to the Court in one of the following ways:

    a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

    b. mailing them or delivering them in person to the following address:

    U.S. District Court
    Southern District of New York
    Pro Se Intake Unit, Room 205
    500 Pearl Street
    New York, New York 10007

Plaintiff may contact the Court's *Pro Se* Intake Unit should he have any procedural questions about his case.  The *Pro Se* Intake Unit cannot provide legal advice.  The Intake Unit is located at the United States District Court for the Southern District of New York, 500 Pearl Street, Room 250, 2nd Floor, New York, New York 10007, and the phone number is (212) 805-0175.  There is additional information about proceeding *pro se* on the Court's website (https://nysd.uscourts.gov/prose).

The Court strongly encourages the Plaintiff to consent to electronic service via ECF as it would ensure that he receives documents and orders in his case promptly by email electronically

when a document is filed electronically. Instructions and the consent form are located at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

Plaintiff is further advised that a *Pro Se* Law Clinic recently opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide Plaintiff with advice in connection with the case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

SO ORDERED.

Dated: May 28, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge